## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIVE WELL FINANCIAL, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11317 (LSS) |
| DAVID W. CARICKHOFF, as Chapter 7 Trustee of LIVE WELL FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>WEDBUSH SECURITIES, INC.<br><br>and<br><br>JOHN DOES 1-50,<br><br>Defendants. | Adv. Proc. No. 21-50989 (LSS) |

## WEDBUSH SECURITIES, INC.'S MOTION TO DISMISS ADVERSARY COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, and for the reasons stated in the accompanying *Wedbush Securities, Inc.'s Memorandum of Law in Support of its Motion to Dismiss Adversary Complaint*, defendant Wedbush Securities, Inc. ("Wedbush") hereby moves (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, dismissing the Complaint [Adv. Dkt. No. 1] with prejudice.

Pursuant to Del. Bankr. L.R. 7012-1, Wedbush consents to the entry of final orders or judgments by the Court in connection with this Motion but reserves its right to seek a jury trial before an Article III judge.

Dated: September 17, 2021
      Wilmington, Delaware

Respectfully submitted,

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
Jeremy W. Ryan (No. 4057)
D. Ryan Slaugh (No. 6325)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      rslaugh@potteranderson.com

-and-

Peter A. Siddiqui (admitted *pro hac vice*)
Allison E. Yager (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: peter.siddiqui@katten.com
      allison.yager@katten.com

-and-

Julia M. Winters (admitted *pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: jwinters@katten.com

*Counsel for Wedbush Securities, Inc.*